

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2021

No. 04-21-00316-CR

**EX PARTE** Michael Thomas **PAUL**
Appellant

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR1068-W1
Honorable Stephanie R. Boyd, Judge Presiding

## O R D E R

The clerk's record in this habeas corpus appeal was complete August 24, 2021. No evidentiary hearing was held in the habeas proceeding. We **order** appellant's brief due **September 15, 2021.** *See* TEX. R. APP. P. 31.1; 4th Tex. App. (San Antonio) Loc. R. 8.2. The brief of the State is due within 20 days after the date appellant's brief is filed. *Id.* A reply brief, if any, must be filed within 10 days after the State's brief is filed. *Id*

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2021.

MICHAEL A. CRUZ, Clerk of Court